IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER L. MURPHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALLY OLSON, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 1:18-CV-465-ECM |

## **ORDER**

On August 15, 2018, the Magistrate Judge entered a Recommendation (Doc. #16) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

Done this the 17th day of September, 2018.

        /s/Emily C. Marks
        EMILY C. MARKS
        UNITED STATES DISTRICT JUDGE